USDC: 17-312-file

In the United States Bankruptcy Court
For the Eastern District of Pennsylvania

John J Lynch                                    No.# 16 00301 - 2016 Amc

FILED

JAN 30 2017

KATE BARKMAN, Clerk
By_____ Dep. Clerk

Evelyn Rivera

In Re Evelyn Rivera      No.# 16269-2016 Amc

By adversary

Motion/Petition to Consolidate for appeal

to the chief Judge of the court;

John J Lynch adversary Petitions and/or
otherwise Moves to consolidate the above
captioned matters for appeal before
the United States District court for the
Eastern District of Pennsylvania.
and represents the following:

1. As it is illustrated by the exhibits attached
to the Petition to appeal Nunc Pro Tunc
the order of the court was delayed
in being delivered into the ~~hands of the~~
appellant,

FILED

JAN 25 2017

TIMOTHY McGRATH, CLERK
BY_____ DEP CLERK



2  The issues as to non dischargeability
ring in both matters.

3,  the issues as to the insurance coverage
being accessable to the appellant under
Pa. R. C. P. 3159 A (6) ring in both
matters

4,  that by filing a Bankruptcy before this
court the Petitioner opened the door
and placed the entire estate including
the issue of the insurance payout,
as well as loss of lien priority for lack of
that required coverage on the interest of
Both the owner, and other interested parties
in the estate,

5,  that the adversary holds judgement
for personal injury of a permanate nature
to his left eye, caused by the debtors
willful conduct in opening a locked door
to dangerous, and violent persons, and did
bring a violent episode into the adversary
Residence as discussed in Petitioners response
to motion to dismiss, instead of waiting for
the police to arrive,

6. that the "Estate" must produce the Insurance information so a claim may be processed, and paid or suffer the loss in the amount owed by the judicial lien for the willful conduct that caused the injury as stated.

7. that it is economic and time saving in the consolidation of the matters for appeal,

Respectfully
Submitted
John J. Lynch
1-18-17

Certificate of Service

I John J Lynch certifies herein that I
have served the attached I F P, and
notice of appeal upon the persons listed
below by 1st class mail on the 18th day of
January 2017 (along with Motion to consolidate)

John J Lynch

1. Jennifer Schultz Esq
1410 West Erie ave
philo PA, 19104

2. Gary F Seitz Esq
U S trustee
601 Walnut st
suite# 280
philo PA, 19106

3. Evelyn Riviera
10814 Modina terr,
philo PA, 19154

4 Representing Baymien
KML Group Lhc
701 market st
philo PA 19106

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

January 27, 2017

Re:     John J. Lynch
                    vs.
        Evelyn Rivera
        Bank of America
        Bayshore Loan Servicing
        KML Group, Inc.
        Bankruptcy No.: <u>16-16269AMC</u>   Adversary 16-301
        Civil Action No. 17-312

Dear Mary C. Barkman, Clerk of Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

    () Certificate of appeal from order entered  by the Honorable .
        Notice of appeal filing fee ()paid    ()not paid

    () Designation of Record on Appeal Filed
    () Designation of Record on Appeal Not Filed

    () Supplemental certificate of appeal.

    () Motion for leave to appeal filed .
        () Answer to motion filed .

    () Proposed findings of fact and conclusions of law entered  by the Honorable .
        () Objections filed .

    () Report and recommendation entered  by the Honorable .
        () Objections filed .

    () Original record transferred to the District Court pursuant to the order of the Honorable .

    (X) Other: Petition to Proceed In Forma Pauperis and  Motion/Petition to Consolidate for Appeal

    Kindly acknowledge receipt on the copy of the letter provided.

                                For the Court

                                Timothy B. McGrath
                                Clerk
                                        Stacey
                                By:_____
                                Deputy Clerk

#45

_____

Received Above material or record tile this _____ day of _____, 20 _____ .

Civil Action No. _____          Signature:_____

Miscellaneous No. _____           Date: _____

Assigned to Judge _____                              BFL5.frm(rev 2/15)