USDC: 17-312 - Five

In the United States Bankruptcy Court
For the Eastern District of Pennsylvania

In Re: Evelyn Rivera          Bankruptcy No# 16-16269-2016

John J Lynch
   v
Evelyn Rivera                 Adversary Complaint No# 16 00301 AM
                                            2016
                              appealed

FILED
JAN 30 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

Petition to Proceed In Forma Pauperis

to: the Judges of the United States Bankruptcy Court:

1. I John J Lynch am the creditor/plaintiff in the above "matters" and because of my financial condition I am unable to pay the fees, and cost of prosecuting the appeals in the action/proceedings stated.

2. I am unable to obtain funds from anyone, including my family, and associates, to pay the cost of litigation.

3. I represent that the information below relating to my ability to pay fees/cost are true and correct.

a. name - John J. Lynch
   3281 Red Lion Rd apt 1
   Phila PA, 19114

FILED
JAN 25 2017
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

b. Employment — none

c. Other income within the past 12 months

Business or Profession — none
Self employment — none
Interest — none
Dividends — none
Pension — 1075.00 VA.
Social Security — none
Support payments — none
Disability payments — none — or see pensions.
Unemployment comp — none
Workmens comp — none
Public Assist. — 26.00 Food stamps + (H.U.D.) (V.A.S.H)
Other — none

d. Other contributions to household.
   none

e. Property owned

Cash — none
Checking — (—4.35) citizens
Savings — none
Cert of Deposit — none
Real Estate — none
Motor Vehicle — 99 chevy Broke down

Stocks and bonds — none
other — none

F. Debts and obligations
Phone 40.00 mo, Elect. 75.00 mo, GAS 75.00 mo
Rent — 195.00
Loans — 1,500.00 Shipe motors
       — 300.00 Mom
other — Medical Bills 15,000.00
         ARIA health system

g. Persons dependent upon you for support
none — help mom out with money
when I can, she 84 yrs

4. I understand that I have a continuing obligation to inform the Court of improvements in my financial circumstances which would permit me to pay the cost incurred herein.

5. I verify that the statements made herein this affidavit are true and correct, I understand that false statements herein are subject to the penalties in the U.S.C.

John J. Lynch

John Lynch
1-4-17

727OBJ, DISPOAP, DISMISSED, APPEAL

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Adversary Proceeding #: 16-00301-amc

*Assigned to:* Judge Ashely M. Chan   *Date Filed:* 09/12/16
*Lead BK Case:* 16-16269              *Date Dismissed:* 11/30/16
*Lead BK Title:* Evelyn Rivera
*Lead BK Chapter:* 7
*Demand:* $50000

*Nature[s] of Suit:*  21 Validity, priority or extent of lien or other interest in property
                      31 Approval of sale of property of estate and of a co-owner - 363(h)
                      41 Objection / revocation of discharge - 727(c),(d),(e)
                      68 Dischargeability - 523(a)(6), willful and malicious injury
                      91 Declaratory judgment

*Plaintiff*
-----------------------
**John J. Lynch**                         represented by **John J. Lynch**
3281 Red Lion Road                                       PRO SE
Apt. #1
Philadelphia, PA 19114


V.

*Defendant*
-----------------------
**Evelyn Rivera**                         represented by **JENNIFER SCHULTZ**
10814 Modena Ter                                         Community Legal Services
Philadelphia, PA 19154                                   North Philadelphia Law Center
SSN / ITIN: xxx-xx-2232                                  1410 W. Erie Avenue
                                                         Philadelphia, PA 19140-4111
                                                         215 227-2400x2420
                                                         Fax : 215 227-2435
                                                         Email: jschultz@clsphila.org
                                                         *LEAD ATTORNEY*


*Defendant*
-----------------------

| | |
|---|---|
| **BANK OF AMERICA** | represented by **KEVIN G. MCDONALD**<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>215-569-5582<br>Fax : 215-832-5582<br>Email: KMcDonald@blankrome.com |

*Defendant*
-----------------------

| | |
|---|---|
| **Bayshore Loan Servicing** | represented by **KEVIN G. MCDONALD**<br>(See above for address) |

*Defendant*
-----------------------

| | |
|---|---|
| **KML Group, Inc.** | represented by **THOMAS I. PULEO**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>(215) 627-1322<br>Fax : (215) 627-7734<br>Email: tpuleo@kmllawgroup.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/12/2016 | 1 | Adversary case 16-00301. Complaint by John J. Lynch against Evelyn Rivera , BANK OF AMERICA , Bayshore Loan Servicing , KML Group, Inc. . Fee Amount $0.00 . (Attachments: # 1 Adversary Coversheet # 2 Certificate of Service) (21 (Validity, priority or extent of lien or other interest in property)) ,(31 (Approval of sale of property of estate and of a co-owner - 363(h))) ,(41 (Objection / revocation of discharge - 727(c),(d),(e))) ,(68 (Dischargeability - 523(a)(6), willful and malicious injury)) ,(91 (Declaratory judgment)) (G., Jennifer) (Entered: 09/12/2016) |
| 09/12/2016 | 2 | Petition to Proceed In Forma Pauperis Filed by John J. Lynch (related document(s)1). (G., Jennifer) (Entered: 09/12/2016) |
| 09/12/2016 | 3 | 1 Summons Issued to Plaintiff(s) to be served upon Defendant(s) BANK OF AMERICA Date Issued 9/12/2016, |

| | | |
|---|---|---|
| | | Answer Due 10/12/2016; Bayshore Loan Servicing Date Issued 9/12/2016, Answer Due 10/12/2016; KML Group, Inc. Date Issued 9/12/2016, Answer Due 10/12/2016; Evelyn Rivera Date Issued 9/12/2016, Answer Due 10/12/2016. (G., Jennifer) (Entered: 09/12/2016) |
| 09/12/2016 | 4 | Court's Certificate of Mailing. Number of notices: 1 John J. Lynch(pla)(related document(s)1, 3). (G., Jennifer) (Entered: 09/12/2016) |
| 09/26/2016 | 5 | Summons Service Executed on BANK OF AMERICA 9/26/2016; Bayshore Loan Servicing 9/26/2016; KML Group, Inc. 9/26/2016; Evelyn Rivera 9/26/2016 . (D., Stacey) (Entered: 09/27/2016) |
| 09/26/2016 | 6 | Order Re: Upon consideration of the petition to proceed in Forma Pauperis, it is hereby Ordered that the petition is Denied. Plaintiff shall have 30 days from the date of this order to pay the required filing fee. (related document(s)2). (D., Stacey) (Entered: 09/27/2016) |
| 09/29/2016 | 7 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 6)). No. of Notices: 3. Notice Date 09/29/2016. (Admin.) (Entered: 09/30/2016) |
| 10/10/2016 | 8 | Motion to Dismiss Adversary Proceeding Filed by KML Group, Inc. Represented by THOMAS I. PULEO (Counsel). (Attachments: # 1 Brief in Support of the Motion of Defendant, KML LAW GROUP,P.C., to Dismiss Plaintiff's Adversary Complaint # 2 Exhibit A-H # 3 Proposed Order # 4 Service List) (PULEO, THOMAS) (Entered: 10/10/2016) |
| 10/10/2016 | 9 | Notice of (related document(s): 8 Motion to Dismiss Adversary Proceeding ) Filed by KML Group, Inc.. Hearing scheduled 11/16/2016 at 11:00 AM at nix5 - Courtroom #5. (Attachments: # 1 Service List)(PULEO, THOMAS) (Entered: 10/10/2016) |
| 10/12/2016 | 10 | Motion to Dismiss Adversary Proceeding Filed by Evelyn Rivera Represented by JENNIFER SCHULTZ (Counsel). (Attachments: # 1 Proposed Order # 2 Service List # 3 Volume(s) brief in support) (SCHULTZ, JENNIFER) (Entered: 10/12/2016) |
| 10/12/2016 | 11 | Notice of Appearance and Request for Notice *with Certificate of* |

| | | |
|---|---|---|
| | | *Service* by KEVIN G. MCDONALD Filed by KEVIN G. MCDONALD on behalf of BANK OF AMERICA, Bayshore Loan Servicing. (MCDONALD, KEVIN) (Entered: 10/12/2016) |
| 10/12/2016 | 12 | Notice of (related document(s): 10 Motion to Dismiss Adversary Proceeding ) Filed by Evelyn Rivera. Hearing scheduled 11/16/2016 at 11:00 AM at nix5 - Courtroom #5. (SCHULTZ, JENNIFER) (Entered: 10/12/2016) |
| 10/12/2016 | 13 | Certificate of Service Filed by JENNIFER SCHULTZ on behalf of Evelyn Rivera (related document(s)10, 12). (SCHULTZ, JENNIFER) (Entered: 10/12/2016) |
| 10/12/2016 | 14 | Motion to Dismiss Case. Motion to Dismiss Adversary Complaint Filed by BANK OF AMERICA, Bayshore Loan Servicing Represented by KEVIN G. MCDONALD (Counsel). (Attachments: # 1 Memorandum of Law in Support # 2 Exhibits 1-5 # 3 Proposed Order # 4 Service List # 5 Notice of Motion to Dismiss) (MCDONALD, KEVIN) (Entered: 10/12/2016) |
| 10/13/2016 | 15 | Notice of (related document(s): 14 Motion to Dismiss Case. Motion to Dismiss Adversary Complaint ) Filed by BANK OF AMERICA , Bayshore Loan Servicing . Hearing scheduled 11/16/2016 at 11:00 AM at nix5 - Courtroom #5. (D., Stacey) (Entered: 10/13/2016) |
| 10/14/2016 | 16 | Notice of Appeal to District Court . Receipt Number 0, Fee Amount $0 Filed by John J. Lynch (related document(s)6). Appellant Designation due by 10/28/2016. Transmission of record on appeal to District Court Due Date:11/11/2016. cc: Judge Ashely M. Chan, District Court, Jennifer Schultz, Kevin McDonald, Thomas Puelo, United States Trustee, Gary Seitz, John J. Lynch. (D., Stacey) Additional attachment(s) added on 10/18/2016 (D., Stacey). (Entered: 10/18/2016) |
| 10/18/2016 | 17 | Court's Certificate of Mailing. Number of notices: 8, Judge Ashely M. Chan, District Court, Jennifer Schultz, Kevin McDonald, Thomas Puelo, U.S. Trustee, Gary Seitz, John Lynch. (related document(s)16). (D., Stacey) Modified on 10/18/2016 (D., Stacey). (Entered: 10/18/2016) |
| 10/18/2016 | 18 | Transmission of Notice of Appeal to District Court (related document(s)16). (D., Stacey) (Entered: 10/18/2016) |

| | | |
|---|---|---|
| 10/18/2016 | 19 | Hearing Continued on Motion to Dismiss Adversary Proceeding Filed by KML Group, Inc. Represented by THOMAS I. PULEO (Counsel), Motion to Dismiss Adversary Proceeding Filed by Evelyn Rivera Represented by JENNIFER SCHULTZ (Counsel). and Motion to Dismiss Case. Motion to Dismiss Adversary Complaint Filed by BANK OF AMERICA, Bayshore Loan Servicing Represented by KEVIN G. MCDONALD (Counsel). Hearing Rescheduled to 11/30/2016 at 11:00 AM at nix5 - Courtroom #5. (T., Barbara) (Entered: 10/18/2016) |
| 10/18/2016 | 20 | Notice of Docketing Record on Appeal to District Court. Case Number: 16-5493 , Judge Rufe (related document(s)16). (D., Stacey) (Entered: 10/21/2016) |
| 10/18/2016 | 21 | ** Duplicate of Doc. # 20 ** Notice of Docketing Record on Appeal to District Court. Case Number: 16-5493, Judge Rufe. (related document(s)16). (D., Stacey) Modified on 10/25/2016 (D., Stacey). (Entered: 10/25/2016) |
| 11/03/2016 | 22 | Response to Motion to Dismiss Case for Other filed by Defendant BANK OF AMERICA, Defendant Bayshore Loan Servicing Filed by John J. Lynch (related document(s)14). (D., Stacey) (Entered: 11/03/2016) |
| 11/22/2016 | 23 | Transmittal of Record on Appeal to District Court (related documents 16 Notice of Appeal) Filed by John J. Lynch ( # 16-5493) (related document(s)16). (D., Stacey) (Entered: 11/22/2016) |
| 11/23/2016 | 24 | District Court Acknowledgement of receiving Notice of Appeal. # 16-5493. (related document(s)16). (D., Stacey) (Entered: 11/28/2016) |
| 11/30/2016 | 25 | Hearing Held on 8 Motion to Dismiss Adversary Proceeding Filed by KML Group, Inc. Represented by THOMAS I. PULEO (Counsel). (Attachments: # 1 Brief in Support of the Motion of Defendant, KML LAW GROUP,P.C., to Dismiss Plaintiff's Adversary Complaint # 2 Exhibit A-H # 3 Proposed Order # 4 Service List) filed by Defendant KML Group, Inc., 10 Motion to Dismiss Adversary Proceeding Filed by Evelyn Rivera Represented by JENNIFER SCHULTZ (Counsel). (Attachments: # 1 Proposed Order # 2 Service List # 3 Volume(s) brief in support) filed by Defendant Evelyn Rivera, |

| | | |
|---|---|---|
| | | 14 Motion to Dismiss Case. Motion to Dismiss Adversary Complaint Filed by BANK OF AMERICA, Bayshore Loan Servicing Represented by KEVIN G. MCDONALD (Counsel). (Attachments: # 1 Memorandum of Law in Support # 2 Exhibits 1-5 # 3 Proposed Order # 4 Service List # 5 Notice of Motion to Dismiss) filed by Defendant BANK OF AMERICA, Defendant Bayshore Loan Servicing (related document(s),14,8,10). Order entered. (D., Stacey) (Entered: 12/01/2016) |
| 11/30/2016 | 26 | Hearing Held on{8] 10 14, Motion to dismiss adversary proceeding. Order entered . (D., Stacey) (Entered: 12/01/2016) |
| 11/30/2016 | 27 | Hearing Held on 8 10 14 Motion to dismiss adversary proceeding. Order entered. (D., Stacey) (Entered: 12/01/2016) |
| 11/30/2016 | 28 | Order Granting Motion to Dismiss Adversary Proceeding with prejudice. (Related Doc # 10) (D., Stacey) (Entered: 12/01/2016) |
| 11/30/2016 | 29 | Order Granting Motion to Dismiss Adversary Proceeding with prejudice. (Related Doc # 8) (D., Stacey) (Entered: 12/01/2016) |
| 11/30/2016 | 30 | Order Granting Motion to Dismiss adversary complaint with prejudice. (Related Doc # 14) (D., Stacey) (Entered: 12/01/2016) |
| 12/01/2016 | | Disposition of Adversary 2:16-ap-301 dismissed (related document(s)5, 1). (D., Stacey) (Entered: 12/01/2016) |
| 12/03/2016 | 31 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 28)). No. of Notices: 3. Notice Date 12/03/2016. (Admin.) (Entered: 12/04/2016) |
| 12/03/2016 | 32 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 29)). No. of Notices: 3. Notice Date 12/03/2016. (Admin.) (Entered: 12/04/2016) |
| 12/03/2016 | 33 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 30)). No. of Notices: 3. Notice Date 12/03/2016. (Admin.) (Entered: 12/04/2016) |
| 12/08/2016 | 34 | Copy of Order Re: The Appellant shall serve and file his brief within 15 days after the date of reassigment. The Appellee shall serve and file briefs within 15 days after service of the brief of |

| | | |
|---|---|---|
| | | the Appellant. The Appellant may serve and file a reply brief within 10 days after service of the brief of the Appellee . (D., Stacey) (Entered: 12/14/2016) |
| 01/04/2017 | 35 | Copy of Order Re: Upon review of the Court's records indicating that Appellant has not filed a brief in the above captioned matter despite a court order to do so by December 20, 2016 (Doc. #3), it is hereby Ordered that Appellant shall serve and file a brief by Wednesday, January 18, 2017. (D., Stacey) (Entered: 01/09/2017) |
| 01/11/2017 | 36 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 35)). No. of Notices: 3. Notice Date 01/11/2017. (Admin.) (Entered: 01/12/2017) |
| 01/18/2017 | 37 | (Copy) Notice of Appeal to District Court. . Receipt Number 0, Fee Amount $0 Filed by John J. Lynch (related document(s)30, 28, 29). Appellant Designation due by 2/1/2017. Transmission of record on appeal to District Court Due Date:2/15/2017. CC: Judge Chan, District Court, Jennifer Schultz, U.S. Trustee, Kevin McDonald, Gary Seitz, Thomas Puleo, John J. Lynch (1-20-17). (D., Stacey) (Entered: 01/20/2017) |
| 01/20/2017 | 38 | Court's Certificate of mailing of Notice of Appeal : CC: Judge Chan, U.S. District Court, United States Trustee, Jennifer Schultz, Kevin McDonald, Thomas Puleo, Gary Seitz, John J. Lynch. (related document(s)37). (D., Stacey) (Entered: 01/20/2017) |
| 01/20/2017 | 39 | Transmission of Notice of Appeal to District Court (related document(s)37). (D., Stacey) (Entered: 01/20/2017) |
| 01/22/2017 | 40 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 38)). No. of Notices: 3. Notice Date 01/22/2017. (Admin.) (Entered: 01/23/2017) |
| 01/23/2017 | 41 | Original Notice of Appeal Filed by John J. Lynch . (D., Stacey) (Entered: 01/25/2017) |
| 01/25/2017 | 43 | Copy of Petition to Proceed In Forma Pauperis Filed by John J. Lynch . (D., Stacey) (Entered: 01/26/2017) |
| 01/25/2017 | 44 | Copy of Motion/Petition to Consolidate for Appeal Filed by John J. Lynch . (D., Stacey) (Entered: 01/26/2017) |

| 01/26/2017 | 42 | Notice of Docketing Record on Appeal to District Court. Case Number: 17-0312, Judge Pratter (related document(s)37). (D., Stacey) (Entered: 01/26/2017) |

1-27-17