**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | **CIVIL ACTION No. 17-312** |
| **IN RE: JOHN J. LYNCH** | : | |
| | : | **(BANKRUPTCY No. 16-301)** |
| | : | |
| | : | |
| | : | |
| | : | **CIVIL ACTION No. 17-408** |
| **IN RE: EVELYN RIVERA** | : | |
| | : | **(BANKRUPTCY No. 16-16269)** |
| | : | |

## Order

    **AND NOW**, this 2nd day of February, 2017, upon consideration of *pro se* movant John J. Lynch's Motion to Consolidate for Appeal Civil Action Nos. 17-312 and 17-408 (Doc. No. 2), **it is hereby ORDERED** that all non-movants represented by counsel in the above-referenced actions shall file a response to Mr. Lynch's motion on or before February 17, 2017.[1]

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1]     The term "non-movants" in this Order refers to all parties, such as defendants, debtors, and trustees, who have not moved to consolidate the above-referenced actions.