In the United States District Court
for the Eastern District of Pennsylvania

| | |
|---|---|
| John J Lynch | Adversary No. # 16-239 AMC 2016 |
| v. | 17-312 |
| Evelyn Rivera | 17-408 |
| and | |
| In Re: Evelyn Rivera | Bankruptcy No. # 16-16369 AMC 2016 |

RECEIVED FEB 17 2017

Appellants Petition to Proceed
In Forma Pauperis
On appeals

FILED FEB 17 2017 KATE BARKMAN, Clerk By____ Dep. Clerk

To the Honorable Judges of the said court:

Petitioner John J Lynch seeks leave to proceed in this matter in forma pauperis, and respectfully represent that:

1. I am the plaintiff in these proceedings.

2. I reside at 3281 Red Lion Rd apt #, Phila, PA, 19114. I am temporarily detained not for any conviction of any criminal laws, and expect to be released in the near future.

3. I have listed my sources and amounts of income truly and correctly. I receive a Pension from VA in the amount of 1015.00

4. I have the following monthly expenses for the indicated items;

| | | | |
|---|---|---|---|
| Housing | 184.00 + HUDVASH | Insurance | N/A |
| Utilities | – incl. | Transportation | 60.00 SEPTA |
| Gas | – 100.00 | Medical | V.A. Hosp |
| Oil | – N/A | Loans | 1,500.00 Ship m |
| Electric | 100.00 | Laundry | 46.00 |
| Phone | 45.00 | Child Care | 0 |
| Food | 200.00 | Child Support | 0 |
| Clothing | 40.00 | Mom | 100.00 mo |

5. I neither own nor have equity in any assets other than the following,

6. I am unable to pay the costs of these proceedings or obtain the amount of cost from family or friends

Wherefore Petitioner prays that he be permitted to proceed on this matter In Forma Pauperis

2-12-17                                             John P Lynch