## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN J. LYNCH | : | CIVIL ACTION |
| | : | NO.:  17-cv-0312 |
| | : | (Bankruptcy No. 16-301) |
| IN RE: EVELYN RIVERA | : | CIVIL ACTION |
| | : | NO.:  17-cv-0408 |
| | : | (Bankruptcy No. 16-16269) |

## O R D E R

AND NOW, this 3rd day of MARCH, 2017, in accordance with Local Civil Rule 40.1(c)(2), it is hereby

ORDERED that the above-captioned related cases are reassigned from the calendar of the Honorable Gene E.K. Pratter to the calendar of the Honorable Legrome D. Davis, as related to *In Re: Evelyn Rivera*, Civil Action No.: 16-cv-5493.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

*Kate Barkman*

KATE BARKMAN
Clerk of Court