UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

8/1/2017

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107-4299

RE: JOHN J. LYNCH
CA No. 17-312
Bky. No. 16-16269AMC
Adv. No. 16-301

Dear Mr. McGrath:

Enclosed herewith is the original Bankruptcy Record, together with a copy of the Order which was filed in this office on 3/16/17.

Kindly acknowledge receipt on the copy of letter provided.

Sincerely,

Kate Barkman
Clerk of Court

By: _____
Vincent J. Alia, Deputy Clerk

Received above record this 4 day of August 2017

_____
S. Daugherty
(Signature)

bankrec.frm